## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paul David Wagaman <br>       Angel Ann Wagaman <br> Debtor(s) | BK NO. 23-01546 HWV <br><br> Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
20 Jul 2023, 15:47:45, EDT

                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322