United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Paul David Wagaman  
Angel Ann Wagaman  
    Debtors

Case No. 23-01546-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Aug 17, 2023     Form ID: ntcnfhrg     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul David Wagaman, Angel Ann Wagaman, 2696 Brookmar Dr, York, PA 17408-9489 |
| 5553235 | + | Comenitybank/vicsecrmc, Po Box 182789, Columbus, OH 43218-2789 |
| 5553240 | + | PennState Hershey, PO Box 853, Hershey, PA 17033-0853 |
| 5553242 | + | RCI North America, 9998 N. Michigan Road, Carmel, IN 46032-7766 |
| 5553243 | + | Sunrun, 595 Market Street, 29th Floor, San Francisco, CA 94105-2842 |
| 5553244 | | Sunrun, Inc., PO Box 511612, Los Angeles, CA 90051-8167 |
| 5553248 | + | Wellspan Health, 1001 S. George Street, York, PA 17403-3676 |
| 5553249 | + | World Travel Club 365, 2 N. Forest Beach Drive #160B, Hilton Head Island, SC 29928-7702 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5553232 | + | Email/PDF: bncnotices@becket-lee.com | Aug 17 2023 18:54:18 | Amex, Correspondence/BK, Po Box 981540, El Paso, TX 79998-1540 |
| 5553233 | + | Email/PDF: bncnotices@becket-lee.com | Aug 17 2023 18:54:13 | Amex, Corres/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5553234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 18:54:10 | Citibank, Citicorp Cr Srvs/Cent Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5553236 | + | Email/Text: bankruptcy@connexuscu.org | Aug 17 2023 18:44:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 5553237 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 17 2023 18:42:01 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5553231 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 18:44:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5553229 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2023 18:44:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5559496 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 18:42:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5553238 | + | Email/Text: Unger@Members1st.org | Aug 17 2023 18:44:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5553239 | + | Email/Text: bankruptcynotices@psecu.com | Aug 17 2023 18:44:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5559919 | + | Email/Text: bankruptcynotices@psecu.com | Aug 17 2023 18:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5553241 | + | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 18:54:19 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5558109 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | | |
|---|---|---|---|
| | | Aug 17 2023 18:44:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5553245 | + Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 18:53:38 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5553246 | + Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 18:43:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5557321 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 17 2023 18:54:07 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5553247 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 17 2023 18:42:53 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5553230 | + Email/Text: kcm@yatb.com | Aug 17 2023 18:43:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Paul David Wagaman dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Angel Ann Wagaman dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Paul David Wagaman,

    **Debtor 1**

Angel Ann Wagaman,

    **Debtor 2**

Chapter 13

Case No. 1:23−bk−01546−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 27, 2023  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Sylvia H. Rambo US Courthouse  1501 N. 6th Street  Harrisburg, PA 17102  (717) 901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2023 |

ntcnfhrg (08/21)