UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PAUL DAVID WAGAMAN and ANGEL ANN WAGAMAN | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| PAUL DAVID WAGAMAN and ANGEL ANN WAGAMAN | : | |
| Respondents | : | CASE NO. 1-23-bk-01546 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of August, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

   a. Residential real estate. The Trustee has requested proof of the value of the debtors' home as stated in their schedule – **CMA requested.**.

2. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

   a. Need credit report.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.

  b. Dismiss or convert debtor(s) case.
  c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

    BY:  /s/Douglas R. Roeder
          Attorney for Trustee

## CERTIFICATE OF SERVICE

  AND NOW, this 25th day of August, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

          /s/Deborah A. DePalma
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee