UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAUL DAVID WAGAMAN and     : CHAPTER 13
       ANGEL ANN WAGAMAN       :
          Debtors                :
                                :

       JACK N. ZAHAROPOULOS       :
       STANDING CHAPTER 13 TRUSTEE  :
          Movant               :
                                :
          vs.                  :
                                :

       PAUL DAVID WAGAMAN and     :
       ANGEL ANN WAGAMAN       :
          Respondents         : CASE NO.   1-23-bk-01546

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## AMENDED CHAPTER 13 PLAN

       AND NOW, this  26th  day of September, 2023, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about August 25, 2023 be withdrawn as all issues have been resolved.

                   Respectfully submitted:

                   /s/Jack N. Zaharopoulos    
                   Standing Chapter 13 Trustee
                   8125 Adams Drive, Suite A
                   Hummelstown, PA 17036
                   (717) 566-6097

## CERTIFICATE OF SERVICE

       AND NOW, this  26th  day of September, 2023, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market Street
York, PA  17404

                   /s/Deborah A. DePalma    
                   Office of Jack N. Zaharopoulos
                   Standing Chapter 13 Trustee