Certificate Number: 17082-PAM-DE-037860979

Bankruptcy Case Number: 23-01546



17082-PAM-DE-037860979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2023, at 8:38 o'clock AM MST, ANGEL A WAGAMAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   October 18, 2023            By:   /s/Orsolya K Lazar

                                                               Name:   Orsolya K Lazar

                                                               Title:   Executive Director