UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

| | | |
|---|---|---|
| IN RE: PAUL DAVID WAGAMAN<br>ANGEL ANN WAGAMAN | CASE NO: | 23-01546 |
| | CHAPTER: | 13 |

Debtor (s)

### Change of Address – Notifications for Creditor

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000<br>Raleigh NC 27605 | P.O. Box 169005<br>Irving, TX 75016 |

Please note that the address for payment **has not changed**. Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address: BKChapter13@WellsFargo.com

7/16/2024

/s/ LaDonna Broadway
  Bankruptcy Processor
  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# CERTIFICATE OF SERVICE

Middle District of Pennsylvania (Harrisburg)

IN RE: PAUL DAVID WAGAMAN  
       ANGEL ANN WAGAMAN

CASE NO: 23-01546  
CHAPTER: 13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on ___7/16/2024___ , I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

___7/16/2024___

/s/ LaDonna Broadway  
Bankruptcy Processor  
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)  
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:23-bk-01546-HWV    Doc 31    Filed 07/16/24    Entered 07/16/24 14:21:19    Desc Main Document      Page 2 of 2