# United States Bankruptcy Court

## Middle District of Pennsylvania (Harrisburg)

IN RE:   PAUL DAVID WAGAMAN        CASE NO.: 23-01546
            ANGEL ANN WAGAMAN          CHAPTER: 13

Debtors

### Change of address – Payment for Creditor

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|
| | |

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/25/2025                          /s/Lisa Johnson
                                       Account Resolution Associate Manager
                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:23-bk-01546-HWV   Doc 33   Filed 09/25/25   Entered 09/25/25 10:43:21   Desc
Main Document   Page 1 of 2

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE: PAUL DAVID WAGAMAN  
ANGEL ANN WAGAMAN

CASE NO: 23-01546  
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/25/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:  
Lisa Johnson  
Account Resolution Associate Manager

☐ By mail:  
[Name]  
[Address]

☐ By [Method of delivery]:  
[Name]  
[Address]

09/25/2025                    /s/Lisa Johnson  
                              Account Resolution Associate Manager  
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)  
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.