IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
Angel Ann Wagaman and Paul David Wagaman,
   Debtors

_____

Pennymac Loan Services, LLC,
   Movant,

v.

Angel Ann Wagaman and Paul David Wagaman,
   Respondents

Jack N. Zaharaopoulos, Trustee

Chapter 13

CASE NO 1:23-bk-01546-HWV

### ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, comes the above-captioned Debtors, Angel Ann Wagaman and Paul David Wagaman, by and through their attorney, Dawn Cutaia, who files this Answer:

1. Admitted.

2. Admitted.

3. Admitted.

4. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.

5. Admitted.

6. Debtors admit they are behind, but do not have personal knowledge as to the exact amount. As such, this paragraph is denied.

7. Debtors admit they are behind, but do not have personal knowledge as to the exact amount. As such, this paragraph is denied.

8. Denied.

9. Denied.

10. Denied.

WHEREFORE, Debtors respectfully request this Honorable Court deny the Motion for Relief from Stay and allow Debtors to cure any arrears through an amended plan.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtors
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com