# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Paul David Wagaman and Angel Ann Wagaman  :

:
:
:
:
:

**Debtor(s)**  :

Pennymac Loan Services, LLC  :

:
:
:
:
:
:

**Plaintiff(s)/Movant(s)**  :

**vs.**  :

Paul David Wagaman and Angel Ann Wagaman  :

:
:
:
:
:
:

**Defendant(s)/Respondent(s)**  :

CHAPTER ___13___

CASE NO. _1_ - _23_ -bk- _01546 HWV_

ADVERSARY NO. __-__ ap-_____
 **(if applicable)**

**Nature of Proceeding:** Hearing on Motion

for Relief from the Automatic Stay

**Document #:** 35

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for Debtor has family coming into town and will be on vacation

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/24/26

/s/ Dawn Cutaia

Attorney for Debtor

Name: Dawn Cutaia

Phone Number: 717 304 1841

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.